# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4938
_____

R. J. REYNOLDS TOBACCO
COMPANY,

    Appellant,

    v.

MICHAEL OLSON, as Personal
Representative of the Estate of
Floyd Olson,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

February 28, 2019

PER CURIAM.

    Because the circuit court's September 28, 2018, "Order Denying Defendant's renewed Motion for a Directed Verdict or Alternatively for a New Trial," was final, the notice of appeal filed on November 28, 2018, was untimely. Accordingly, this is appeal is dismissed. Appellant may seek relief pursuant to Florida Rule of Civil Procedure 1.540.

BILBREY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

David C. Reeves, Robert B. Parrish and Jeffrey A. Yarbrough of Moseley, Prichard, Parrish, Knight & Jones, Jacksonville; Jason T. Burnette and Stephanie E. Parker of Jones Day, Atlanta, Georgia; Charles R.A. Morse of Jones Day, New York, NY, for Appellant.

Gary Paige of Gordon & Doner, P.A., Davie; Celene H. Humphries, Maegen Peek Luka and Thomas J. Seider of Brannock & Humphries, Tampa; Charles Farah and Eddie Farah of Farah & Farah, Jacksonville; Randy Rosenblum of Dolan Dobrinsky & Rosenblum, LLP, Miami; Richard J. Lantinberg, Norwood S. Wilner and Jay Plotkin of The Wilner Firm, Jacksonville, for Appellee.